UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:
**PRESTIGE MOTORCAR GALLERY, INC.,**              **CASE NO.  11-40011LMK**
                                                                                     **Chapter 11**
 Debtor.
_____/

### NOTICE OF LIMITED APPEARANCE AS COUNSEL FOR CRAIG HORNSBY

PLEASE TAKE NOTICE that the undersigned, KAREN K. SPECIE, ESQUIRE, SPECIE LAW FIRM, LLC, files her limited appearance in the above-captioned case as counsel for CRAIG HORNSBY for the purpose of appearing and being heard in connection with the Trustee's auction and/or sale of assets of this Estate, and in particular with respect to the Trustee's Motion(s) and this Court's Order Aapproving Bidding Procedures, etc., Docket No. 143.   All notices should be addressed as follows:

Karen K. Specie, Esq.
SPECIE LAW FIRM, LLC
Post Office Box 358318
Gainesville, FL 32635-8318
(1330 N.W. 6th Street, Suite C, Gainesville, FL 32601)
ph:  352-468-3683 and 877-887-9642
karen@specielaw.com

Please take further notice that this limited appearance is not intended as, nor it is a consent to, jurisdiction of the Bankruptcy Court, specifically but not limited to (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the right to a trial by jury in any proceeding or matter so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses,

setoffs, or recoupments to which is or may be entitled under agreement, in law, or in equity, all of

which rights, claims, actions, defenses, setoffs, and

recoupments are expressly reserved.

             SPECIE LAW FIRM, LLC

             */s/ Karen K. Specie, Esquire*
             KAREN K. SPECIE, ESQUIRE
             P.O. Box 358318
             Gainesville, FL 32635-8318
             PH:  (352) 468-3683 and 877-887-9642
             Florida Bar ID# 260746
             karen@specielaw.com

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that the foregoing document was electronically filed with the U.S. Bankruptcy Court on this 5th day of June, 2011, using CM/ECF, and is being served this day on all counsel of record, specifically including the Trustee's attorney, the Trustee, and all other counsel and parties eligible to receive electronic service via CM/ECF, and on the Debtor(s) via U.S. Mail postage prepaid, at the address on file with the Clerk.  In addition, a copy of this Notice was served by the undersigned via email on the parties listed on the page attached.

Date: June 5, 2011               */s/ Karen K Specie, Esq.*